UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JUSTIN HUBBARD,

                Plaintiff,

-against-

JAMES L. KILFOYLE and
JOSEPH M. TRAPANESE,

                Defendants.

STIPULATION DISCONTINUING ACTION

Case No.: 1:12-CV-659 (FJS/RFT)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and Defendants to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as against Defendants, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     August 20, 2013

_____
Law Office of Theresa J. Puleo
Attorneys for Defendants
By: _____
900 Watervliet Shaker Road, Suite 210
Albany, New York 12205
(518)862-7300

_____
Russell A. Schindler, Esq
Attorney for Plaintiff
245 Wall Street
Kingston, NY 12401
(845) 331-4496
Northern District Bar Roll
#103504

**IT IS SO ORDERED:**

_____
Frederick J. Scullin, Jr.
**Senior U.S. District Judge**

**Dated:**   September 5, 2013
           **Syracuse, NY**